IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| vs. | * | CR. NO.: 17-10037-STA |
| KEVIN BRADLEY THOMPSON, | * | |
| Defendant. | * | |

ORDER GRANTING MOTION FOR CHANGE OF PLEA HEARING AND ORDER
SETTING CHANGE OF PLEA HEARING

Upon Motion of the Defendant herein and for good cause shown, this matter is here by

**SET FOR A CHANGE OF PLEA HEARING** on: TUESDAY, AUGUST 8, 2017 at 10:30 AM.

IT IS SO ORDERED, this the 1st day of August, 2017.

s/S. Thomas Anderson
HONORABLE S. THOMAS ANDERSON
CHIEF UNITED STATES DISTRICT JUDGE