**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION**

---

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| VS. | ) ) | CR. NO. 1:17-10037-STA |
| KEVIN BRADLEY THOMPSON, | ) ) ) | |
| Defendant. | ) | |

---

**ORDER ON CHANGE OF PLEA
AND NOTICE OF SETTING**

---

This cause came to be heard on August 8, 2017, Assistant United States Attorney, Jim Powell, appearing for the Government and the defendant, Kevin Bradley Thompson, appearing in person, and with counsel, Bruce Griffey.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 1 of the Indictment.

A basis in fact having been established, the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **MONDAY, NOVEMBER 27, 2017 at 9:00 A.M., before Chief Judge S. Thomas Anderson.**

Defendant is remanded to the custody of the United States Marshals.

**ENTERED** this the 8th day of August, 2017.

                                                               s/ S. Thomas Anderson
                                                         CHIEF JUDGE, U. S. DISTRICT COURT