IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | |
| | * | CR. NO. Cr. No. 17-10037-STA |
| KEVIN BRADLEY THOMPSON | * | |
| | * | |
| Defendant. | * | |

## ORDER

Upon Motion of the Defendant herein and for good cause shown, the **Sentencing Hearing** is hereby re-set to **Tuesday, January 2, 2018 at 2:00 pm.**

IT IS SO ORDERED.

DATE: October 23, 2017.

                                             s/S. Thomas Anderson
                                             HONORABLE S. THOMAS ANDERSON
                                             CHIEF UNITED STATES DISTRICT JUDGE