IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| Plaintiff, | * |
| v. | * |
| | *  CR. NO. Cr. No. 17-10037-STA |
| KEVIN BRADLEY THOMPSON | * |
| Defendant. | * |

ORDER AND NOTICE OF RESETTING

Upon Motion of the Defendant herein and for good cause shown, the **Sentencing Hearing** is hereby re-set to Friday, January 12, 2018 at 10:00am.

IT IS SO ORDERED.

DATE: November 2, 2017.

s/S. Thomas Anderson
HONORABLE S. THOMAS ANDERSON
CHIEF UNITED STATES DISTRICT JUDGE